## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Joe Hand Promotions, Inc., as Broadcast Licensee of the February 2, 2008 UFC #81 Program, Plaintiff, -against- Johnny Ray Arteaga, et al, Defendants. | **FILED: MAY 21, 2008**<br>**08CV2942            AEE**<br>**JUDGE PALLMEYER**<br>**MAGISTRATE JUDGE BROWN** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, JOE HAND PROMOTIONS, INC.

| |
|---|
| NAME (Type or print)<br>Julie Cohen Lonstein, Esq. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Julie Cohen Lonstein |
| FIRM<br>Lonstein Law Office, P.C. |
| STREET ADDRESS<br>1 Terrace Hill, P.O. Box 351 |
| CITY/STATE/ZIP<br>Ellenville, NY 12428 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>90784647 | TELEPHONE NUMBER<br>(845)647-8500 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐