UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

**JOE HAND PROMOTIONS, INC.,** as Broadcast Licensee of the **February 2, 2008 UFC #81** Program,

    Plaintiff,

 -against-

JOHNNY RAY ARTEAGA a/k/a JOHNNY RAY, Individually, and as officer, director, shareholder and/or principal of JOHNNY RAY'S SPORTS BAR & GRILL, INC. d/b/a JOHNNY RAY'S BAR & GRILL, and JOHNNY RAY'S SPORTS BAR & GRILL, INC. d/b/a JOHNNY RAY'S BAR & GRILL,

    Defendants.

---

**PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES**

Civil Action No.

```
FILED: MAY 21, 2008
08CV2942            AEE
JUDGE PALLMEYER
MAGISTRATE JUDGE BROWN
```

PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE AND THE GENERAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

There are corporate parents, subsidiaries, or affiliates of the plaintiff, **JOE HAND PROMOTIONS, INC.**

Dated: May 21, 2008
   Ellenville, New York

JOE HAND PROMOTIONS, INC.

By: /s/Julie Cohen Lonstein
      JULIE COHEN LONSTEIN, ESQ.
      Attorney for Plaintiff
      Bar Roll No. 90784647
      LONSTEIN LAW OFFICE, P.C.
      Office and P.O. Address
      1 Terrace Hill : P.O. Box 351
      Ellenville, NY  12428
      Telephone:  (845) 647-8500
      Facsimile:  (845) 647-6277
      Email: Info@signallaw.com
      *Our File No.  08-2IL-N03V*