## United States District Court for the Northern District of Illinois

Case Number: 08CV2942              Assigned/Issued By: DAJ

Judge Name: PALLMEYER            Designated Magistrate Judge: BROWN

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                                  ☑ Alias Summons

☐ Third Party Summons                      ☐ Lis Pendens

☐ Non Wage Garnishment Summons             ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons       _____

☐ Citation to Discover Assets              _____
                                           (Victim, Against and $ Amount)

☐ Writ _____
           (Type of Writ)

2   Original and  2   copies on  05/27/08   as to  JOHNNY RAY'S SPORTS
                                        (Date)
BAR AND GRILL INC, JOHNNY RAY ARTEAGA.

---

C:\wpwin80\docket\feeinfo.frm      03/14/05