UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

**JOE HAND PROMOTIONS, INC.,** as Broadcast Licensee of the **February 2, 2008** **UFC #81** Program,

        Plaintiff,

-against-

JOHNNY RAY ARTEAGA a/k/a JOHNNY RAY, Individually, and as officer, director, shareholder and/or principal of JOHNNY RAY'S SPORTS BAR & GRILL, INC. d/b/a JOHNNY RAY'S BAR & GRILL, and JOHNNY RAY'S SPORTS BAR & GRILL, INC. d/b/a JOHNNY RAY'S BAR & GRILL,

        Defendants.

---

NOTICE OF DISMISSAL

Civil Action No.
08-CV-2942-RRP-GSB

      **PLAINTIFF, JOE HAND PROMOTIONS, INC.,** hereby has compromised the within and foregoing action, and no party named herein being an infant or incompetent, Plaintiff herewith notifies the Court of the settlement of the above-styled action and moves to dismiss their claim against Defendants with prejudice and without costs pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: _____, 2008
      Ellenville, New York

**JOE HAND PROMOTIONS, INC.,**

By: _____
Julie Cohen Lonstein, Esq.
LONSTEIN LAW OFFICE, P.C.
Attorneys for plaintiff
Office & P.O. Address
1 Terrace Hill : P.O. Box 351
Ellenville, New York 12428
Tel: (845) 647-8500

**SO ORDERED** this ____ day of _____, 2008

_____
**HON. REBECCA R. PALLMEYER**
**UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

The foregoing Notice of Dismissal was duly served on the following:

David M. Kaleel, Esq.
806 Jefferson Street
Mendota, IL 61342


on this ____ day of _____, 2008 via United States Postal Service, postage prepaid.

                                                                                                   JULIE COHEN LONSTEIN