# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2942 | **DATE** | 7/3/2008 |
| **CASE TITLE** | Joe Hand Promotions, Inc. Vs. Johnny Ray Arteaga | | |

**DOCKET ENTRY TEXT**

The above cause is dismissed with prejudice and without costs pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Status hearing set for 7/23/2008 stricken.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|